# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSHUA SMITH,
    Petitioner,
    vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE LISA
M. BROWN, DISTRICT JUDGE,
    Respondents,
    and
KENT F. PETERSEN; AND VANESSA
LUCIDO,
    Real Parties in Interest.

No. 68903

**FILED**

MAR 3 0 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING PETITION

Pursuant to the stipulation of the parties, and cause appearing, this writ petition is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:    Hon. Lisa M. Brown, District Judge, Family Court Division
       Hofland & Tomsheck
       Lemons, Grundy & Eisenberg
       Willick Law Group
       Eighth District Court Clerk

16-09983